**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−10035−TPA**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Charles V. Craig Jr.　　　　　　　　　　　　　　Belinda Craig
705 Niles Road　　　　　　　　　　　　　　　　705 Niles Road
Franklin, PA 16323　　　　　　　　　　　　　　 Franklin, PA 16323

Social Security No.:
xxx−xx−7945　　　　　　　　　　　　　　　　　xxx−xx−7715

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR　　　NAME/ADDRESS OF TRUSTEE
Daniel P. Foster　　　　　　　　　　　　　　　　Ronda J. Winnecour
Foster Law Offices　　　　　　　　　　　　　　　Suite 3250, USX Tower
1210 Park Avenue　　　　　　　　　　　　　　　600 Grant Street
Meadville, PA 16335　　　　　　　　　　　　　　Pittsburgh, PA 15219
Telephone number: 814.724.1165　　　　　　　　Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS　CONFIRMATION HEARING DATE/TIME/LOC
June 8, 2021　　　　　　　　　　　　　　　　　June 8, 2021
09:00 AM　　　　　　　　　　　　　　　　　　09:00 AM
remotely by the Trustee via Zoom, how to　　　　　remotely by the Trustee via Zoom, how to
participate:goto www.ch13pitt.com,　　　　　　　participate:goto www.ch13pitt.com,
meetings@chapter13trusteewdpa.com　　　　　　meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/30/21　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti
　　　　　　　　　　　　　　　　　　　　　　　Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10035-TPA |
| Charles V. Craig, Jr. | Chapter 13 |
| Belinda Craig | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Apr 30, 2021 | Form ID: rsc13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Craig, Jr., Belinda Craig, 705 Niles Road, Franklin, PA 16323-4529 |
| 15331152 | + | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15331153 | + | AES/Keystone Best, Pob 61047, Harrisburg, PA 17106-1047 |
| 15331154 | + | AES/Turnstile Capital, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15331160 | + | Eas Kty Stln, 521 Lancaster Ave Ssp Cpo 60, Richmond, KY 40475-3100 |
| 15359055 | + | Eastern Kentucky University, c/o SAS CPO 60, 521 Lancaster Ave., Richmond, KY 40475-3102 |
| 15331161 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15331162 | + | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15331167 | + | Met Credit USA, 117 West Fourth Street, Jamestown, NY 14701-5005 |
| 15331690 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15339054 | | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15331172 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15358119 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15350783 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15331180 | + | US Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15331181 | + | Well Now Urgent Care, 1040 W Randolph Street, Chicago, IL 60607-2215 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 03:20:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357572 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 01 2021 03:17:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331155 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 01 2021 03:18:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15358600 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:20:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15331156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:20:49 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15331159 | | Email/Text: mrdiscen@discover.com | May 01 2021 03:42:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15331157 | + | Email/Text: electronicbkydocs@nelnet.net | May 01 2021 03:44:00 | Department of Education/nelnet, Po Box 82561, |

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: rsc13 | Total Noticed: 46 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lincoln, NE 68501-2561 |
| 15331158 | + | Email/Text: electronicbkydocs@nelnet.net | May 01 2021 03:44:00 | Dept Of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15353131 | | Email/Text: mrdiscen@discover.com | May 01 2021 03:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15331163 | + | Email/Text: bankruptcy@greenskycredit.com | May 01 2021 03:42:00 | GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15331164 | | Email/Text: bankruptcy@avadynehealth.com | May 01 2021 03:42:00 | H & R Accounts Inc, 5320 22nd Avenue, Moline, IL 61265 |
| 15331165 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 01 2021 03:44:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15352464 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2021 03:17:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331166 | + | Email/Text: mwetherbee@mmchs.org | May 01 2021 03:44:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15353867 | + | Email/PDF: cbp@onemainfinancial.com | May 01 2021 03:16:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331168 | + | Email/PDF: cbp@onemainfinancial.com | May 01 2021 03:20:38 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15368052 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15331169 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15331170 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15331171 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15331173 | | Email/PDF: cbp@onemainfinancial.com | May 01 2021 03:18:45 | Springleaf Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335 |
| 15331174 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:40 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15331175 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:40 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15331176 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:40 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15331177 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:40 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15331178 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:55 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15331179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:17:04 | The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15339055 | + | Email/Text: BankruptcyNotice@upmc.edu | May 01 2021 03:44:00 | UPMC Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0315-1 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: rsc13 | Total Noticed: 46 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Charles V. Craig  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Belinda Craig dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5