**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles V. Craig Jr.                                    CHAPTER 13
        Belinda Craig
                    Debtor(s)                    BKY. NO. 21-10035 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ Matthew Fissel
                        Matthew Fissel, Esq. (314567)
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com