IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 21-10035-JCM** |
| | : | |
| **Charles V. Craig, Jr. and** | : | |
| **Belinda Craig,** | : | |
|        **Debtors,** | : | |
| | : | **Chapter 13** |
| **Charles V. Craig, Jr. and** | : | |
| **Belinda Craig,** | : | |
|        **Movants,** | : | |
|    **v.** | : | **Docket No. 63** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|       **Chapter 13, Trustee,** | : | |
|       **Respondent.** | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On January 28, 2021, at docket numbers 7 & 8, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

       This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  <u>April 23, 2026</u>

                    /s/ Daniel P. Foster, Esquire
                    Daniel P. Foster
                    PA I.D. # 92376
                    Foster Law Offices
                    1210 Park Avenue
                    Meadville, PA 16335
                    Phone: 814.724.1165
                    Fax: 814.724.1158
                    Email: dan@mrdebtbuster.com
                    Attorney for Debtors

**PAWB Local Form 24 (07/13)**