**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CHARLES V. CRAIG, JR.** |
| Debtor 2 (Spouse, if filing) | **BELINDA CRAIG** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-10035JCM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  PNC BANK NA

**Court claim no.**  (if known):  14

**Last 4 digits** of any number you use to identify the debtor's account:  6  6  5  0

**Property Address:**

705 NILES RD
Number        Street

FRANKLIN                          PA        16323
City                                    State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ ___38,096.74___

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ ___-0-___

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                            Date  ___05/28/2026___
<u>Signature</u>

Trustee          Ronda J. Winnecour
First Name              Middle Name              Last Name

Address          CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number        Street

PITTSBURGH                                        PA      15219
City                                            State    ZIP Code

Contact phone  (412) 471-5566               Email  cmecf@chapter13trusteewdpa.com

Debtor 1   **CRAIG, JR.**                                   Case Number **21-10035JCM**                    Page 1
Name

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 14 | PNC BANK NA | 07/26/2021 | 1204782 | Amounts Disbursed To Creditor | 3,148.10 |
| 14 | PNC BANK NA | 09/24/2021 | 1211030 | Amounts Disbursed To Creditor | 821.34 |
| 14 | PNC BANK NA | 10/25/2021 | 1214106 | Amounts Disbursed To Creditor | 1,179.35 |
| 14 | PNC BANK NA | 12/23/2021 | 1220217 | Amounts Disbursed To Creditor | 796.26 |
| 14 | PNC BANK NA | 01/26/2022 | 1223280 | Amounts Disbursed To Creditor | 852.99 |
| 14 | PNC BANK NA | 02/23/2022 | 1226152 | Amounts Disbursed To Creditor | 549.75 |
| 14 | PNC BANK NA | 03/25/2022 | 1229124 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 04/26/2022 | 1232162 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 05/25/2022 | 1235205 | Amounts Disbursed To Creditor | 267.11 |
| 14 | PNC BANK NA | 06/27/2022 | 1238228 | Amounts Disbursed To Creditor | 842.21 |
| 14 | PNC BANK NA | 07/26/2022 | 1241164 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 08/24/2022 | 1244047 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 09/27/2022 | 1246929 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 10/25/2022 | 1249730 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 11/23/2022 | 1252523 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 12/22/2022 | 1255264 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 01/26/2023 | 1257996 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 02/23/2023 | 1260586 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 03/28/2023 | 1263373 | Amounts Disbursed To Creditor | 554.66 |
| 14 | PNC BANK NA | 04/25/2023 | 1266181 | Amounts Disbursed To Creditor | 22.51 |
| 14 | PNC BANK NA | 06/26/2023 | 1271940 | Amounts Disbursed To Creditor | 1,060.22 |
| 14 | PNC BANK NA | 07/25/2023 | 1274684 | Amounts Disbursed To Creditor | 559.35 |
| 14 | PNC BANK NA | 08/25/2023 | 1277466 | Amounts Disbursed To Creditor | 559.35 |
| 14 | PNC BANK NA | 09/26/2023 | 1280197 | Amounts Disbursed To Creditor | 559.35 |
| 14 | PNC BANK NA | 11/27/2023 | 1285585 | Amounts Disbursed To Creditor | 791.39 |
| 14 | PNC BANK NA | 12/21/2023 | 1288159 | Amounts Disbursed To Creditor | 777.82 |
| 14 | PNC BANK NA | 01/26/2024 | 1290855 | Amounts Disbursed To Creditor | 668.19 |
| 14 | PNC BANK NA | 02/26/2024 | 1293499 | Amounts Disbursed To Creditor | 559.35 |
| 14 | PNC BANK NA | 03/26/2024 | 1296150 | Amounts Disbursed To Creditor | 559.35 |
| 14 | PNC BANK NA | 04/25/2024 | 1298813 | Amounts Disbursed To Creditor | 15.62 |
| 14 | PNC BANK NA | 05/29/2024 | 1301520 | Amounts Disbursed To Creditor | 1,103.08 |
| 14 | PNC BANK NA | 06/25/2024 | 1304046 | Amounts Disbursed To Creditor | 21.98 |
| 14 | PNC BANK NA | 07/25/2024 | 1306656 | Amounts Disbursed To Creditor | 781.24 |
| 14 | PNC BANK NA | 08/26/2024 | 1309213 | Amounts Disbursed To Creditor | 1,024.76 |
| 14 | PNC BANK NA | 10/25/2024 | 1314339 | Amounts Disbursed To Creditor | 890.43 |
| 14 | PNC BANK NA | 11/25/2024 | 1316903 | Amounts Disbursed To Creditor | 1,237.41 |
| 14 | PNC BANK NA | 12/23/2024 | 1319295 | Amounts Disbursed To Creditor | 21.76 |
| 14 | PNC BANK NA | 01/28/2025 | 1321799 | Amounts Disbursed To Creditor | 1,396.80 |
| 14 | PNC BANK NA | 02/25/2025 | 1324215 | Amounts Disbursed To Creditor | 34.14 |
| 14 | PNC BANK NA | 03/26/2025 | 1326706 | Amounts Disbursed To Creditor | 1,046.80 |
| 14 | PNC BANK NA | 04/25/2025 | 1329180 | Amounts Disbursed To Creditor | 957.01 |
| 14 | PNC BANK NA | 05/23/2025 | 1331583 | Amounts Disbursed To Creditor | 905.37 |
| 14 | PNC BANK NA | 06/25/2025 | 1334035 | Amounts Disbursed To Creditor | 1,202.81 |
| 14 | PNC BANK NA | 07/25/2025 | 1336510 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 08/26/2025 | 1338918 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 09/25/2025 | 1341337 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 10/24/2025 | 1343810 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 11/21/2025 | 1346100 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 12/23/2025 | 1348461 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 01/27/2026 | 1350849 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 02/24/2026 | 1353207 | Amounts Disbursed To Creditor | 671.80 |
| 14 | PNC BANK NA | 03/25/2026 | 1355603 | Amounts Disbursed To Creditor | 1,407.88 |

Total for Claim Number 14: 38,096.74

**Total for Part 4 - a (Postpetition Payments):**   **38,096.74**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

CHARLES V. CRAIG, JR.
BELINDA CRAIG
705 NILES ROAD
FRANKLIN, PA  16323

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

PNC BANK NA
3232 NEWMARK DR
MIAMISBURG, OH  45342

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


Dated: 05/28/2026

/s/ Roberta Saunier _____
Administrative Assistant
Office of the Chapter 13 Trustee