Form 300b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles V. Craig Jr.** | : | Case No. 21−10035−JCM |
| **Belinda Craig** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 68 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 8/25/26 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

**AND NOW,** this **The 25th of June, 2026**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 68 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before August 10, 2026**, any **Response**, including a consent to the **Motion**, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This **Motion** is scheduled for hearing on **August 25, 2026 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the **Motion**. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a **Response**, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-10035-JCM

Charles V. Craig, Jr.                                                     Chapter 13

Belinda Craig
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: auto                        Page 1 of 4

Date Rcvd: Jun 25, 2026                 Form ID: 300b                     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Craig, Jr., Belinda Craig, 705 Niles Road, Franklin, PA 16323-4529 |
| 15331160 | + | Eas Kty Stln, 521 Lancaster Ave Ssp Cpo 60, Richmond, KY 40475-3100 |
| 15359055 | + | Eastern Kentucky University, c/o SAS CPO 60, 521 Lancaster Ave., Richmond, KY 40475-3102 |
| 15331161 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15331167 | + | Met Credit USA, 117 West Fourth Street, Jamestown, NY 14701-5005 |
| 15331181 | + | Well Now Urgent Care, 1040 W Randolph Street, Chicago, IL 60607-2215 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 26 2026 00:50:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 00:49:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331152 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15331153 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES/Keystone Best, Pob 61047, Harrisburg, PA 17106-1047 |
| 15331154 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES/Turnstile Capital, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15357572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15358600 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:02:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15331156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:02:16 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15331159 | | Email/Text: mrdiscen@discover.com | Jun 26 2026 00:50:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15331157 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Department of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15331158 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Dept Of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15353131 | | Email/Text: mrdiscen@discover.com | Jun 26 2026 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

District/off: 0315-1 | User: auto | Page 2 of 4
Date Rcvd: Jun 25, 2026 | Form ID: 300b | Total Noticed: 48

| 15331162 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 26 2026 00:50:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
|---|---|---|---|
| 15331163 | + Email/Text: bankruptcy@greenskycredit.com | Jun 26 2026 00:50:00 | GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15331164 | Email/Text: ah_bankruptcy@meduitrcm.com | Jun 26 2026 00:50:00 | H & R Accounts Inc, 5320 22nd Avenue, Moline, IL 61265 |
| 15331165 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 26 2026 00:50:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15352464 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331166 | + Email/Text: mwetherbee@mmchs.org | Jun 26 2026 00:51:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15353867 | + Email/PDF: cbp@omf.com | Jun 26 2026 00:49:37 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331168 | + Email/PDF: cbp@omf.com | Jun 26 2026 00:49:37 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331690 | ^ MEBN | Jun 26 2026 00:40:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15368052 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15373134 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331169 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15331170 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15331171 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15339054 | ^ MEBN | Jun 26 2026 00:39:51 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15331173 | Email/PDF: cbp@omf.com | Jun 26 2026 00:49:04 | Springleaf Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335 |
| 15331172 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2026 00:50:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15331174 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15331175 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15331176 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15331177 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15331178 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15331179 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:02:42 | The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15358119 | ^ MEBN | Jun 26 2026 00:40:04 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15350783 | Email/Text: BNCnotices@dcmservices.com | Jun 26 2026 00:50:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15339055 | + Email/Text: BankruptcyNotice@upmc.edu | | |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Jun 25, 2026 | Form ID: 300b | Total Noticed: 48

| | | Jun 26 2026 00:51:00 | UPMC Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |
| 15373718 | Email/Text: EDBKNotices@ecmc.org | Jun 26 2026 00:50:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15331180 | + Email/Text: EDBKNotices@ecmc.org | Jun 26 2026 00:50:00 | US Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15570504 | + Email/Text: EBN@edfinancial.com | Jun 26 2026 00:50:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Belinda Craig dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Charles V. Craig  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com |

District/off: 0315-1                          User: auto                                    Page 4 of 4
Date Rcvd: Jun 25, 2026                       Form ID: 300b                                  Total Noticed: 48
TOTAL: 8