**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHARLES V. CRAIG, JR.
BELINDA CRAIG
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:21-10035

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

June 25, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/21/2021  and confirmed on 6/11/21 . The case was subsequently         Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,309.00 |
| Less Refunds to Debtor | 10.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,298.71 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,565.00 | |
| Trustee Fee | 5,399.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,964.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 38,096.74 | 0.00 | 38,096.74 |
| Acct: 6650 | | | | |
| KEYBANK NA** | 15,849.30 | 15,849.30 | 1,544.94 | 17,394.24 |
| Acct: 2731 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 15,148.56 | 15,148.56 | 1,466.46 | 16,615.02 |
| Acct: 5582 | | | | |
| | | | | 72,106.00 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES V. CRAIG, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES V. CRAIG, JR. | 10.29 | 10.29 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,565.00 | 3,565.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 22.83 | 22.83 | 0.00 | 22.83 |
| Acct: XXXXXXXXXX USA | | | | |
| | | | | 22.83 |
| **Unsecured** | | | | |
| AES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| AES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0010 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 3,932.19 | 592.82 | 0.00 | 592.82 |
| Acct: 9644 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 597.93 | 90.14 | 0.00 | 90.14 |
| Acct: 0268 | | | | |
| CITIBANK NA** | 726.60 | 109.54 | 0.00 | 109.54 |
| Acct: 5499 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |

21-10035

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5924 | | | | |
| DISCOVER BANK(*) | 17,463.35 | 2,632.77 | 0.00 | 2,632.77 |
| Acct: 2250 | | | | |
| EASTERN KENTUCKY UNIVERSITY | 824.87 | 124.36 | 0.00 | 124.36 |
| Acct: 7945 | | | | |
| US DEPARTMENT OF EDUCATION | 90,332.50 | 13,618.53 | 0.00 | 13,618.53 |
| Acct: 7945 | | | | |
| GREEN SKY TRADE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3780 | | | | |
| MET CREDIT USA++ | 15.16 | 15.16 | 0.00 | 15.16 |
| Acct: 7945 | | | | |
| PNC BANK NA | 8,062.07 | 1,215.44 | 0.00 | 1,215.44 |
| Acct: 5578 | | | | |
| PNC BANK NA | 10,922.47 | 1,646.67 | 0.00 | 1,646.67 |
| Acct: 7659 | | | | |
| REVCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5610 | | | | |
| LVNV FUNDING LLC | 9,990.86 | 1,506.22 | 0.00 | 1,506.22 |
| Acct: 1547 | | | | |
| US DEPARTMENT OF EDUCATION | 30,742.40 | 4,634.72 | 0.00 | 4,634.72 |
| Acct: 7715 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0436 | | | | |
| UPMC HEALTH SERVICES | 125.00 | 18.85 | 0.00 | 18.85 |
| Acct: 7715 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4747 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELL NOW URGENT CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 26,205.22 |

TOTAL PAID TO CREDITORS                                                              98,334.05

TOTAL CLAIMED
PRIORITY              22.83
SECURED          30,997.86
UNSECURED       173,735.40

Date: 06/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHARLES V. CRAIG, JR.
    BELINDA CRAIG
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:21-10035

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Charles V. Craig, Jr.

Belinda Craig

    Debtors

Case No. 21-10035-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Craig, Jr., Belinda Craig, 705 Niles Road, Franklin, PA 16323-4529 |
| 15331160 | + | Eas Kty Stln, 521 Lancaster Ave Ssp Cpo 60, Richmond, KY 40475-3100 |
| 15359055 | + | Eastern Kentucky University, c/o SAS CPO 60, 521 Lancaster Ave., Richmond, KY 40475-3102 |
| 15331161 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15331167 | + | Met Credit USA, 117 West Fourth Street, Jamestown, NY 14701-5005 |
| 15331181 | + | Well Now Urgent Care, 1040 W Randolph Street, Chicago, IL 60607-2215 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 26 2026 00:50:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 00:49:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331152 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15331153 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES/Keystone Best, Pob 61047, Harrisburg, PA 17106-1047 |
| 15331154 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | AES/Turnstile Capital, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15357572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:22 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15358600 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:02:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15331156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:02:56 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15331159 | | Email/Text: mrdiscen@discover.com | Jun 26 2026 00:50:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15331157 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Department of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15331158 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Dept Of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15353131 | | Email/Text: mrdiscen@discover.com | Jun 26 2026 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 15331162 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 26 2026 00:50:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15331163 | + Email/Text: bankruptcy@greenskycredit.com | Jun 26 2026 00:50:00 | GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15331164 | Email/Text: ah_bankruptcy@meduitrcm.com | Jun 26 2026 00:50:00 | H & R Accounts Inc, 5320 22nd Avenue, Moline, IL 61265 |
| 15331165 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 26 2026 00:50:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15352464 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331166 | + Email/Text: mwetherbee@mmchs.org | Jun 26 2026 00:51:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15353867 | + Email/PDF: cbp@omf.com | Jun 26 2026 00:49:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331168 | + Email/PDF: cbp@omf.com | Jun 26 2026 00:49:04 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331690 | ^ MEBN | Jun 26 2026 00:40:01 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15368052 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15373134 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331169 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15331170 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15331171 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15339054 | ^ MEBN | Jun 26 2026 00:39:52 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15331173 | Email/PDF: cbp@omf.com | Jun 26 2026 00:49:04 | Springleaf Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335 |
| 15331172 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2026 00:50:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15331174 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:37 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15331175 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15331176 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15331177 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:04 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15331178 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 00:49:20 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15331179 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:30 | The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15358119 | ^ MEBN | Jun 26 2026 00:40:05 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15350783 | Email/Text: BNCnotices@dcmservices.com | Jun 26 2026 00:50:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15339055 | + Email/Text: BankruptcyNotice@upmc.edu | | |

District/off: 0315-1              User: auto              Page 3 of 4

Date Rcvd: Jun 25, 2026              Form ID: pdf900              Total Noticed: 48

| | | Jun 26 2026 00:51:00 | UPMC Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |
| 15373718 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Jun 26 2026 00:50:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15331180 | + Email/Text: EDBKNotices@ecmc.org | | |
| | | Jun 26 2026 00:50:00 | US Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15570504 | + Email/Text: EBN@edfinancial.com | | |
| | | Jun 26 2026 00:50:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Charles V. Craig  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Belinda Craig dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com |

District/off: 0315-1                          User: auto                                    Page 4 of 4
Date Rcvd: Jun 25, 2026                       Form ID: pdf900                               Total Noticed: 48
TOTAL: 8