**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Charles V. Craig Jr.<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7945 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Belinda Craig<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7715 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21–10035–JCM | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles V. Craig Jr.    Belinda Craig

8/11/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-10035-JCM
Charles V. Craig, Jr. Chapter 13
Belinda Craig
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 4
Date Rcvd: Aug 11, 2026 Form ID: 3180W Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Craig, Jr., Belinda Craig, 705 Niles Road, Franklin, PA 16323-4529 |
| 15331160 | + | Eas Kty Stln, 521 Lancaster Ave Ssp Cpo 60, Richmond, KY 40475-3100 |
| 15359055 | + | Eastern Kentucky University, c/o SAS CPO 60, 521 Lancaster Ave., Richmond, KY 40475-3102 |
| 15331161 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15331167 | + | Met Credit USA, 117 West Fourth Street, Jamestown, NY 14701-5005 |
| 15331181 | + | Well Now Urgent Care, 1040 W Randolph Street, Chicago, IL 60607-2215 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2026 01:40:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | EDI: PRA.COM | Aug 12 2026 05:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331152 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15331153 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Keystone Best, Pob 61047, Harrisburg, PA 17106-1047 |
| 15331154 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Turnstile Capital, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15357572 | | EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331155 | + | EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15358600 | | EDI: CITICORP | Aug 12 2026 05:25:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15331156 | + | EDI: CITICORP | Aug 12 2026 05:25:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15331159 | | EDI: DISCOVER | Aug 12 2026 05:25:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15331157 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 12 2026 01:40:00 | Department of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15331158 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | Dept Of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15353131 | | EDI: DISCOVER | Aug 12 2026 05:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15331162 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 12 2026 01:39:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15331163 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2026 01:39:00 | GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15331164 | | Email/Text: ah_bankruptcy@meduitrcm.com | Aug 12 2026 01:39:00 | H & R Accounts Inc, 5320 22nd Avenue, Moline, IL 61265 |
| 15331165 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2026 01:40:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15352464 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331166 | + | Email/Text: mwetherbee@mmchs.org | Aug 12 2026 01:40:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15353867 | + | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331168 | + | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331690 | ^ | MEBN | Aug 12 2026 01:33:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15368052 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15373134 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331169 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15331170 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15331171 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15339054 | ^ | MEBN | Aug 12 2026 01:32:31 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15331173 | | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | Springleaf Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335 |
| 15331172 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2026 01:40:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15331174 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15331175 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15331176 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15331177 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15331178 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15331179 | + | EDI: CITICORP | Aug 12 2026 05:25:00 | The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

| | | | | |
|---|---|---|---|---|
| 15358119 | ^ | MEBN | Aug 12 2026 01:33:05 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15350783 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15339055 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 12 2026 01:40:00 | UPMC Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |
| 15373718 | | Email/Text: EDBKNotices@ecmc.org | Aug 12 2026 01:39:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15331180 | + | Email/Text: EDBKNotices@ecmc.org | Aug 12 2026 01:39:00 | US Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15570504 | + | Email/Text: EBN@edfinancial.com | Aug 12 2026 01:39:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Charles V. Craig Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Belinda Craig dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmckeever@kmllawgroup.com |

| | |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 8