**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHARLES V. CRAIG, JR.<br>BELINDA CRAIG<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-10035<br><br>Chapter 13<br><br>Document No.: 68 |

ORDER OF COURT

AND NOW, this 11th day of August, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
8/11/26 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10035-JCM
Charles V. Craig, Jr. Chapter 13
Belinda Craig
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 4
Date Rcvd: Aug 11, 2026 Form ID: pdf900 Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Craig, Jr., Belinda Craig, 705 Niles Road, Franklin, PA 16323-4529 |
| 15331160 | + | Eas Kty Stln, 521 Lancaster Ave Ssp Cpo 60, Richmond, KY 40475-3100 |
| 15359055 | + | Eastern Kentucky University, c/o SAS CPO 60, 521 Lancaster Ave., Richmond, KY 40475-3102 |
| 15331161 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15331167 | + | Met Credit USA, 117 West Fourth Street, Jamestown, NY 14701-5005 |
| 15331181 | + | Well Now Urgent Care, 1040 W Randolph Street, Chicago, IL 60607-2215 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2026 01:40:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331152 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15331153 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Keystone Best, Pob 61047, Harrisburg, PA 17106-1047 |
| 15331154 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Turnstile Capital, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15357572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:58 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15358600 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 01:45:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15331156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 01:45:42 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15331159 | | Email/Text: mrdiscen@discover.com | Aug 12 2026 01:39:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15331157 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | Department of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15331158 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | Dept Of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15353131 | | Email/Text: mrdiscen@discover.com | Aug 12 2026 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| | | | | |
|---|---|---|---|---|
| 15331162 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 12 2026 01:39:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15331163 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2026 01:39:00 | GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15331164 | | Email/Text: ah_bankruptcy@meduitrcm.com | Aug 12 2026 01:39:00 | H & R Accounts Inc, 5320 22nd Avenue, Moline, IL 61265 |
| 15331165 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2026 01:40:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15352464 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331166 | + | Email/Text: mwetherbee@mmchs.org | Aug 12 2026 01:40:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15353867 | + | Email/PDF: cbp@omf.com | Aug 12 2026 01:46:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331168 | + | Email/PDF: cbp@omf.com | Aug 12 2026 01:45:47 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331690 | ^ | MEBN | Aug 12 2026 01:33:01 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15368052 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15373134 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331169 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15331170 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15331171 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15339054 | ^ | MEBN | Aug 12 2026 01:32:30 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15331173 | | Email/PDF: cbp@omf.com | Aug 12 2026 01:46:06 | Springleaf Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335 |
| 15331172 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2026 01:40:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15331174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:39 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15331175 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:46:06 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15331176 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:41 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15331177 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:38 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15331178 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:51 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15331179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 01:45:58 | The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15358119 | ^ | MEBN | Aug 12 2026 01:33:07 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15350783 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15339055 | + | Email/Text: BankruptcyNotice@upmc.edu | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 12 2026 01:40:00 | UPMC Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |
| 15373718 | | Email/Text: EDBKNotices@ecmc.org | Aug 12 2026 01:39:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15331180 | + | Email/Text: EDBKNotices@ecmc.org | Aug 12 2026 01:39:00 | US Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15570504 | + | Email/Text: EBN@edfinancial.com | Aug 12 2026 01:39:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Belinda Craig dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Charles V. Craig Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 8